1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
APR 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10 CR 00150 OWW |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM | CRIMINAL PROCEDURE |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 15, 2010, charging the above defendants with a violation of Title 18, United States Code, Section 371-Conspiracy and Title 26, United States Code, Section 7201 and 18 United States Code, Section 2-Tax Evasion and Aiding and Abetting charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are custody or has been given bail, that no person

1 | shall disclose the finding of the Indictment or any warrants
2 | issued pursuant thereto, except when necessary for the issuance
3 | and execution of the warrants.

4 | DATED: April 15, 2010                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By *[signature]*
MARK E. CULLERS
Assistant U.S. Attorney

9 | IT IS SO ORDERED this ___ day of April, 2010

*[signature]*
U.S. Magistrate Judge