1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   HENRY Z. CARBAJAL III
3  Assistant U.S. Attorney
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

FILED
OCT 28 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff   )<br>  )<br>v.  )<br>  )<br>BRETT ALLEN BOSSINGHAM and  )<br>ELIZABETH ANN BOSSINGHAM,  )<br>  )<br>   Defendants.   )<br>  ) | CASE NO.  1:10-CR-00150 OWW<br><br>ORDER TO UNSEAL INDICTMENT |

The indictment in this case having been sealed by order of this Court on April 15, 2010, and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: October 27, 2010

BY _____
   OLIVER W. WANGER,
   U.S. District Court Judge

1