IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-10-150 OWW |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER DENYING DEFENDANTS' |
| Plaintiff, | ) | "WRIT OF ERROR QUAE CORAM |
| | ) | NOBIS RESIDANT" |
| vs. | ) | |
| | ) | |
| | ) | |
| BRETT ALLEN BOSSINGHAM AND | ) | |
| ELIZABETH ANN BOSSINGHAM, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 13, 2010, Defendants, proceeding *in pro per*, filed a "Writ of Error Quae Coram Nobis Residant," seeking the following order:

    A.  The Memorandum Decision and Order (Doc. 35) is rescinded nunc pro tunc;

    B.  The Counterclaim, though labeled as 'LODGED' is, by the rule of common law, considered as 'FILED' for the purposes of this court of record;

    C.  The Notice of Automatic Stay (Doc. 14) is reinstated as a notice only;

    D.  The Ex Parte Motion for Expedited Writ of

> Error (Doc. 31, 32, 33, & 34) is reinstated for ruling by the court of record.

Defendants assert they are entitled to this order because:

> Counterdefendants initiated an action in an inferior court. Counterclaimants, in their capacity as people, challenged Counterdefendants' jurisdiction is a superior court of record. By virtue of the jurisdictional challenge, all proceedings in the inferior court must stop until jurisdiction is proven in the court of record. By default, Counterdefendants failed to prove any jurisdiction.

Defendants' writ of error coram nobis is DENIED. Defendants essentially seek reconsideration of the Court's rulings that Defendants cannot file a civil counterclaim in a criminal action. The basis for reconsideration is without merit. Any challenge by Defendants to the jurisdiction of this Court over the criminal action commenced against Defendants must be made by Defendants against the United States in the criminal action by properly noticed motion.[1] There is no basis for default against those persons named as counterdefendants in Defendants' Counterclaim, which was lodged in the criminal action solely for purposes of the record. There is no pending civil action commenced by Defendants and no basis for default against those persons named as counterdefendants in the lodged Counterclaim.

IT IS SO ORDERED.

Dated:   December 17, 2010              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

---

[1] Defendants are scheduled to be arraigned in the criminal action on Monday, December 20, 2010.