IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-10-150 OWW |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER DENYING DEFENDANTS' |
| Plaintiff, | ) | "WRIT OF ERROR QUAE CORAM |
| | ) | NOBIS RESIDENT IN RE (DOC. |
| vs. | ) | 41) 'ORDER STRIKING |
| | ) | DEFENDANTS' AFFIDAVIT OF |
| | ) | DEFAULT (DOC. 40)", (Doc. |
| BRETT ALLEN BOSSINGHAM AND | ) | 46), AND DEFENDANTS' "WRIT |
| ELISABETH ANN BOSSINGHAM, | ) | OF ERROR QUAE CORAM NOBIS |
| | ) | RESIDENT IN RE (DOC. 42) |
| | ) | 'MEMORANDUM DECISION AND |
| Defendants. | ) | ORDER DENYING DEFENDANTS' |
| | ) | 'WRIT OF ERROR QUAE CORAM |
| | ) | NOBIS RESIDENT'" (Doc. 47) |

On December 15, 2010, Defendants, proceeding *in pro per*, filed a "Writ of Error Quae Coram Nobis Resident In Re (Doc. 41) 'Order Striking Defendants' Affidavit of Default (Doc. 40)." (Doc. 46). On December 20, 2010, Defendants, proceeding *in pro per*, filed a "Writ of Error Quae Coram Nobis Resident In Re (Doc. 45) 'Memorandum Decision and Order Denying Defendants' 'Writ of

1

Error Quae Coram Nobis Resident.'" (Doc. 47).

Both of these writs are DENIED.  As ruled repeatedly, any challenge to the jurisdiction of this Court over the criminal action commenced against Defendants must be made by Defendants against the United States in the criminal action by properly noticed motion.  There is no basis for default against those persons named as "counterdefendants" in Defendants' purported Counterclaim, which was lodged in the criminal action solely for purposes of the record.  There is no pending civil action commenced by Defendants and no basis for default against those persons named as counterdefendants in the lodged Counterclaim.  No further pleadings by Defendants concerning the lodged Counterclaim will be considered by the Court and will be stricken.

IT IS SO ORDERED.

Dated:   **December 21, 2010**              **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE