BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
HENRY Z. CARBAJAL III
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:10-CR-00150 OWW |
|---|---|
| Plaintiff, | ) |
| | ) PROTECTIVE ORDER |
| v. | ) |
| | ) |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, | ) |
| Defendants. | ) |

WHEREAS, the discovery in this case is voluminous and includes investigation-related information pertaining to U.S. Government agencies, including the names and contact information of federal agents, internal agency reports and communications, internal agency memoranda of interview, internal agency memoranda of activity, and potential third-party witness interviews ("Protected Information"); and

WHEREAS, to avoid the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter or otherwise assisting the defendants as actively licensed counsel;

**Protective Order**

        The entry of a protective order is appropriate.

        THEREFORE, the Court finds as follows:

        1.   This Court may enter protective orders pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

        2.   This Order pertains to all discovery provided to or made available to the defendants, and/or actively licensed counsel assisting the defendants in this case, if any, by the United States in this case (hereafter, collectively known as "the discovery").

        3.   The defendants, and/or actively licensed counsel assisting the defendants in this case, if any, shall not share any documents that contain Protected Information with anyone other than actively licensed counsel assisting the defendants in this case and designated defense investigators and support staff.

        4.   The defendants, and/or actively licensed defense counsel assisting the defendants in this case, if any, will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third parties in violation of this Order.

        5.   Actively licensed counsel assisting the defendants in this case, designated defense investigators and their support staff shall execute the Acknowledgment and Agreement to be Bound by Protective Order, attached hereto as Exhibit A, prior to receiving any Protected Information.

        6.   The discovery and information therein may be used only in connection with the litigation of this criminal case and for no other purpose, unless otherwise mutually agreed to by the parties in writing and/or otherwise ordered by the Court.  The discovery is now and will forever remain the property of the United States Government.  At the conclusion of the case, the defendants, and/or actively

licensed counsel assisting the defendants in this case, if any, will return the discovery to the Government.

    7.   Initial Disclosure pursuant to E.D. Cal. L.R. 440(a) shall commence within 10 days from the date of this Order.

IT IS SO ORDERED.

DATED: May 9, 2011        /s/ OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

**Protective Order**    3

**EXHIBIT A**

**Acknowledgment and Agreement to be Bound by Protective Order**

I, _____, declare and say that:

1. I am employed as _____
by _____.

2. I have read the Protective Order entered in <u>United States v. Brett Allen Bossingham and Elisabeth Ann Bossingham</u>, Case No. 1:10-CR-00150 OWW (E.D. Cal.), and have received a copy of the Protective Order.

3. I promise that I will use any and all Protected Information, as defined in the Protective Order, given to me only in a manner authorized by the Protective Order.

4. I promise that I will not disclose or discuss such Protected Information with anyone other than the persons authorized to receive Protected Information pursuant to the Protective Order.

5. I acknowledge that, by signing this agreement, I am subjecting myself to the jurisdiction of the United States District Court for the Eastern District of California with respect to enforcement of the Protective Order.

6. I understand that any disclosure or use of Protected Information in any manner contrary to the provisions of the Protective Order may subject me to sanctions for contempt of court.

I declare under penalty of perjury that the foregoing is true and correct.

Date:_____

_____