**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| United States of America, | 1:10-cr-00150-OWW |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME (Doc. 106) |
| v. | |
| BRET ALLEN BOSSINGHAM, et al., | |
| Defendants. | |

On July 5, 2011, Defendants requested an extension of time to reply to the Government's Opposition to Defendants' motion for bill of particulars.  Defendants' reply was due on July 5, 2011.

Defendants failed to comply with the express provisions of Local Rule 144(d).  Local Rule 144(d) provides:

> Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent. *Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor.*

E.D. Cal. R. 144(d) (emphasis added). Defendants offer no suitable justification for their belated request for an extension.  The only grounds for Defendants' request are that Defendants' counsel recently returned from vacation, and the Fourth of July holiday; neither provides a suitable basis for granting Defendants request. Defendants motion is DENIED.  IT IS SO ORDERED.

**Dated:   July 8, 2011**                    /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

1