BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
HENRY Z. CARBAJAL III
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:10-CR-00150 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DENYING DEFENDANTS' MOTION FOR BILL OF PARTICULARS |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, | ) |
| Defendants. | ) |

**ORDER DENYING DEFENDANTS' MOTION FOR BILL OF PARTICULARS**

The Court, having held a hearing on July 25, 2011, having reviewed the defendants' Motion for Bill of Particulars Pursuant to Federal Rule of Criminal Procedure Rule 7(f) (Dkt. No. 102), the Government's Response, and the defendants' Reply, and having heard arguments of counsel. Assistant United States Attorneys Mark E. Cullers and Henry Z. Carbajal III personally appeared on behalf of the United States. Attorney Gary D. Fielder personally appeared on behalf of the defendants, Brett Allen Bossingham and Elisabeth Ann Bossingham, who personally appeared in court and out of custody.

**[Proposed] Order Denying
Defendants' Motion for Bill
of Particulars**

For the reasons articulated by the Court on the record during the hearing, the Court Orders as follows:

IT IS HEREBY ORDERED that the defendants' Motion for Bill of Particulars Pursuant to Federal Rule of Criminal Procedure Rule 7(f) is **DENIED WITHOUT PREJUDICE.**

Defense counsel is advised that should he contest the adequacy of the Government's discovery production, he may so advise the Court.

IT IS SO ORDERED.

Dated:     November 3, 2011                    _____
                                               CHIEF UNITED STATES DISTRICT JUDGE