UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-0150 AWI |
| Plaintiff, ) | ORDER STRIKING FILING AND RETURNING MATERIALS TO DEFENDANTS |
| v. ) | |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, ) | |
| Defendants. ) | |

    Defendants Brett Allen and Elisabeth Ann Bossingham have mailed several copies of materials entitled "Notice of Tender for Setoff and a Request Regarding a Statement Account in Case No. 1:10-cr-00150-AWI, in the United States District Court for the Eastern District of California," addressed to both the "Clerk of the Court" and the "Chief Financial Officer." Included in these materials are two items named "Privately Registered Setoff Bond" with a purported face value of $9 million and statements that "Upon the Respondent's acceptance of the Request Regarding a Statement of Account, the Respondent shall credit Case No. 1:10-cr-00150...with the TENDER and discharge any and all public and private claims, levies, liens or holdings of the Defendants-Debtors...and file said Notice of Discharge and dismissal of Case No. 1:10-cr-00150." One copy of these materials was docketed in files of the case as Docket No. 138. These materials are improper.

//

//

It is ORDERED that Docket No. 138 be STRICKEN and the Clerk of the Court RETURN all copies of the materials (including the copy that was filed as Docket No. 138) to Defendants.

IT IS SO ORDERED.

Dated:  December 21, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE