**FILED**

JAN 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-0150 AWI |
| Plaintiff, ) | ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED ON JANUARY 26, 2012 |
| v. ) | |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, ) | |
| Defendants. ) | |

On January 26, 2012, court received documents entitled Constructive Notice of Conditional Acceptance to Docket Entries 145 and 146. Attached as exhibits to the documents are exhibits containing documents previously received by the court and returned to Defendants. It appears these materials may have been sent to the U.S. Attorney's Office for the Eastern District of California.

In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order one copy the January 26, 2012 documents. However, as previously found, these documents are not relevant to the pending criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return

1

these materials, and any copies, back to Defendants.   To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

DATED: __/-27-/2__

_____
Chief District Court Judge Anthony W. Ishii