1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11

12    UNITED STATES OF AMERICA,          )      CASE NO. 1:10-CR-0150 AWI
                                         )
13            Plaintiff,                 )      ORDER DIRECTING THE CLERK
                                         )      OF COURT TO RETURN
14        v.                             )      DOCUMENTS RECEIVED ON
                                         )      FEBRUARY 8, 2012
15    BRETT ALLEN BOSSINGHAM and         )
      ELISABETH ANN BOSSINGHAM,          )
16                                       )
              Defendants.                )
17    _____)

18

19        On February 8, 2012, the court received from Defendants Brett Allen and Elisabeth Ann

20    Bossingham materials entitled "Constructive Notice of Conditional Acceptance."  The court

21    received multiple copies of these documents.  It also appears these materials may have been sent

22    to the U.S. Attorney's Office for the Eastern District of California.

23        In the interests of justice and preserving any record for appeal, the Clerk of the Court is

24    DIRECTED to attach to this order one copy of each of these documents.   However, as

25    previously found, these documents are not relevant to the pending criminal case against

26    Defendants and have no legal impact.   As such, the Clerk of the Court is DIRECTED to return

27    these materials, and any copies, back to Defendants.  To the extent Defendants attempt to re-file

28    these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to

                                              1

1 | Defendants.

2 | IT IS SO ORDERED.

3

4 | Dated:    February 9, 2012                                                    

CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2