UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRETT ALLEN BOSSINGHAM and<br>ELISABETH ANN BOSSINGHAM,<br><br>    Defendants. | CASE NO. 1:10-CR-0150 AWI<br><br>ORDER DIRECTING THE CLERK<br>OF COURT TO RETURN<br>DOCUMENTS RECEIVED FROM<br>DEFENDANTS IN COURT |

In the course of the trial, the court received from Defendants Brett Allen and Elisabeth Ann Bossingham various materials entitled "Constructive Notice of Conditional Acceptance." In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order one copy of these documents. However, as previously found, these documents are not relevant to the pending criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

Dated:   February 14, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE