UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-0150 AWI |
| Plaintiff, ) | ORDER DIRECTING THE CLERK |
| ) | OF COURT TO RETURN |
| v. ) | DOCUMENTS RECEIVED ON |
| ) | FEBRUARY 13, 2012 |
| BRETT ALLEN BOSSINGHAM and ) | |
| ELISABETH ANN BOSSINGHAM, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On February 13, 2012, the court received from Defendants Brett Allen and Elisabeth Ann Bossingham materials entitled "Constructive Notice of Conditional Acceptance to the Guilty Verdict of 9 January, 2012 and 'Defendants are referred to the Probation Office' (Minute Entry 162) and Sentencing of Defendants (April 30, 2012)." It also appears these materials may have been sent to the U.S. Attorney's Office for the Eastern District of California.

In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order one copy of these documents. However, as previously found, these documents are not relevant to the pending criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file these documents in the

1

1 | future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.
2 | IT IS SO ORDERED.
3 |
4 | Dated:     February 14, 2012                                    /s/ Anthony W. Ishii
                                                          CHIEF UNITED STATES DISTRICT JUDGE