UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>BRETT ALLEN BOSSINGHAM and<br>ELISABETH ANN BOSSINGHAM,<br><br>      Defendants. | CASE NO. 1:10-CR-0150 AWI<br><br>ORDER DIRECTING THE CLERK<br>OF COURT TO RETURN<br>DOCUMENTS RECEIVED ON<br>FEBRUARY 15, 2012 AND<br>FEBRUARY 16, 2012 |

      On February 15, 2012, the court received two documents entitled Notice of Default in Dishonor Consent to Judgment in Case No. 1:10-cr-00150-AWI on behalf of Elisabeth A. Bossingham. On February 15, 2012, the court also received two documents entitled Notice of Default in Dishonor Consent to Judgment in Case No. 1:10-cr-00150-AWI on behalf of Brett Allen Bossingham. On February 16, 2012, the court received, on behalf of both Defendants, documents entitled Notice (2nd) Notice of Default Opportunity to Sure, Final Expression in Record, Notice of Amendment Tender for Setoff, and Notice of Fault – Opportunity to cure Final Expression in the Record. Attached to these documents are numerous exhibits. It appears these materials may have also been sent to the U.S. Attorney's Office for the Eastern District of California, Pre-Trial Services for the Eastern District of California, the Franchise Tax Board, and the Chief Financial Officer, c/o United States District Court for the Eastern District of California.

In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order one copy of the February 15, 2012 documents and the February 16, 2012 documents. However, these documents are not relevant to the jury's guilty verdict against Defendants or Defendants' pending sentencing hearing. These documents have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

DATED: 2-17-12

_____
Chief District Court Judge Anthony W. Ishii