FILED

MAR 02 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-CR-0150 AWI |
| Plaintiff, | ) ) | ORDER DIRECTING THE CLERK OF COURT TO RETURN |
| v. | ) ) | DOCUMENTS RECEIVED ON FEBRUARY 27, AND MARCH 1, |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, | ) ) ) | 2012 |
| Defendants. | ) ) | |

On February 27, 2012, the court received from Defendants Brett Allen and Elisabeth Ann Bossingham materials entitled "Constructive Notice of Conditional Acceptance and Return of Documents and Notice of Filing Original Certificate of Authentication of notary and Constructive Notice of Conditional Acceptance of Phone Call Communications Dated February 10th, 14th, and 16th, 2012 From Pre-Trial Office." On March 1, 2012, the court received materials entitled "Constructive Notice of Conditional Acceptance" and "Constructive Notice of Conditional Acceptance and Return of Original Documents Received From Probation Entitled Presentence Report Instructions." It also appears these materials may have been sent to the U.S. Attorney's Office for the Eastern District of California.

In the interests of justice and preserving any record for appeal, the Clerk of the Court is

1

1  DIRECTED to attach to this order one copy of these documents. However, as previously found,
2  these documents are not relevant to the criminal case against Defendants and have no legal
3  impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies,
4  back to Defendants. To the extent Defendants attempt to re-file these documents in the future,
5  the Clerk of the Court is DIRECTED to RETURN them to Defendants.
6  IT IS SO ORDERED.

Dated:   March 1, 2012

CHIEF UNITED STATES DISTRICT JUDGE