FILED

MAR 0 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-0150 AWI |
| Plaintiff, ) | ORDER DIRECTING THE CLERK OF COURT TO RETURN |
| v. ) | DOCUMENTS RECEIVED ON MARCH 2, 2012 |
| BRETT ALLEN BOSSINGHAM and ) ELISABETH ANN BOSSINGHAM, ) | |
| Defendants. ) | |

On March 2, 2012, the court received from Defendants Brett Allen and Elisabeth Ann Bossingham materials entitled "Constructive Notice of Full Acceptance and Return of Original Received Documents" and "Notice of Default in Dishonor Consent to Judgment." It also appears these materials may have been sent to the U.S. Attorney's Office for the Eastern District of California.

In the interests of justice and preserving any record for appeal, the Clerk of the Court is DIRECTED to attach to this order one copy of these documents. However, as previously found, these documents are not relevant to the criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file these documents in the future,

1

1  the Clerk of the Court is DIRECTED to RETURN them to Defendants.

2  IT IS SO ORDERED.

3  Dated:    March 2, 2012

4                                                    CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2