

FILED
MAY 1 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Brett Allen Bossingham
   Inmate No. 1982656
2  Elisabeth Ann Bossingham
   Inmate No. 198265
3  Lerdo Correctional Facility
4  17695 Industrial Farm Road
   Bakersfield, CA 93308
5  Appellant / Defendants, In Propria Persona

6

7  UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| United States of America | Case No.:1:10-CR-00150 AWI |
|---|---|
| PLAINTIFF | Notice of Appeal |
| vs. | |
| Brett Allen Bossingham, and, Elisabeth Ann Bossingham | |
| DEFENDANTS. | |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Brett Allen Bossingham and Elisabeth Ann Bossingham, Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from a final judgement entered in this action on the 2nd day of May, 2012, under Docket entry number 191.

Dated: May 9, 2012

_____          _____
Brett Allen Bossingham            Elisabeth Ann Bossingham
Inmate No. 1982656                Inmate No. 198265
Lerdo Correctional Facility       Lerdo Correctional Facility
17695 Industrial Farm Road        17695 Industrial Farm Road
Bakersfield, CA 93308             Bakersfield, CA 93308
Appellant / Defendants            Appellant / Defendants