UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>        v.<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>        Defendants | CASE NO. 1:10-CR-0150 AWI<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED** |

The court has received documents from Defendants Brett Allen and Elisabeth Ann Bossingham. They are entitled, "NOTICE Conditional Acceptance of any and All Nonpayment Claims and Holding of Collateral in Case No. 1:10-cr-00150-AWI for Debtor Defendants ELISABETH ANN BOSSINGHAM and BRETT ALLEN BOSSINGHAM"; a letter directed to Assistant U.S. Attorneys Mark Cullers and Henry Carbajal, III, entitled "LETTER OF REQUEST RE: Acceptance of and Request for service in Case No. 1:10-cr-00150-AWI, U.S. District Court, Eastern District of California"; and appended exhibits. In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order copies of this document. However, as previously found, these documents are not relevant to the criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials, and any copies, back to Defendants. To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

Dated:   November 26, 2013                             _____
                                                        SENIOR  DISTRICT  JUDGE