# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff**<br><br>        **v.**<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>        **Defendants** | **CASE NO. 1:10-CR-0150 AWI**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED** |

The court has received two copies of documents from Defendants Brett and Elizabeth Bossingham entitled, "CONSTRUCTIVE NOTICE - RETURN OF ALL DOCUMENTS and PRESENTMENTS RECEIVED FROM OFFEROR NONC PRO TUNC ON DAY OF PRESENTMENT FOR ALL OFFERS BEGINNING ON OR About MAY 16th 2012 and ENDING ON OR About SEPTEMBER 15th 2012."  In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of this document. However, as previously found, these documents are not relevant to the criminal case against Defendants and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials back to Defendants.  To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

Dated:   March 31, 2014                         _____
                                                                    SENIOR  DISTRICT  JUDGE