# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,<br><br>Defendants | CASE NO. 1:10-CR-0150 AWI<br><br>ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED |

The court has received a copy of a document from Defendant Brett Bossingham entitled, "NOTICE OF CONDITIONAL ACCEPTANCE of Offer form Offeror entitled: 'NOTICE OF DEFICIENCY' with enclosures Form 4549-A or Form 5278, and Form 4089 Dated June 27th 2014." In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of this document. However, as previously found, documents like the one submitted are not relevant to the criminal case against Defendant and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials back to Defendant. To the extent Defendant attempts to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendant.

IT IS SO ORDERED.

Dated:  August 22, 2014                        _____
                                                SENIOR DISTRICT JUDGE