UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          **Plaintiff**<br><br>     **v.**<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>          **Defendants** | **CASE NO. 1:10-CR-0150 AWI**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED** |

The court has received copies of two documents from Defendants. The first is entitled "NOTICE OF CONDITIONAL ACCEPTANCE of Offer from Offeror entitled..." The second is a letter to the Department of the Treasury, Internal Revenue Service. In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of this document. Documents like the ones submitted are not relevant to the criminal case against Defendants and have no legal impact in this case. As such, the Clerk of the Court is DIRECTED to return these materials back to Defendants. To the extent Defendants attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendants.

IT IS SO ORDERED.

Dated:  December 23, 2014                       _____
                                                                            SENIOR DISTRICT JUDGE