# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:10-CR-0150 AWI** |
| **Plaintiff** | **ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED** |
| **v.** | |
| **BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,** | |
| **Defendants** | |

The court has received a document from Defendant Brett Allen Bossingham entitled, "30 Day NOTICE OF FORGIVENESS." In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of this document. Documents like the one submitted are not relevant to the criminal case against Defendants and have no legal impact in this case. As such, the Clerk of the Court is DIRECTED to return these materials back to Brett Allen Bossingham. To the extent Brett Allen Bossingham attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to him.

IT IS SO ORDERED.

Dated:   February 21, 2015                                            _____

                                                                                              SENIOR DISTRICT JUDGE