# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:10-CR-0150 AWI** |
| Plaintiff | **ORDER RE: BRETT ALLEN BOSSINGHAM'S REQUEST FOR TRANSCRIPT** |
| v. | |
| **BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,** | |
| Defendants | **(Doc. 228)** |

Brett Allen Bossingham has requested hearing and trial transcripts in this case. The court reporter has confirmed that Mr. Bossingham has already received copies of the transcripts he has ordered. The court declines to send Mr. Bossingham additional copies of these transcripts.

IT IS SO ORDERED.

Dated:   November 20, 2015                              _____
                                                        SENIOR DISTRICT JUDGE