UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>Defendants | CASE NO. 1:10-CR-0150 AWI<br><br>ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED AND ATTACH COPY AS AN EXHIBIT |

The court has received documents from Defendant Brett Allen Bossingham entitled, "NOTICE December 2nd 2015 NOTICE OF CONDITIONAL ACCEPTANCE", "NOTICE December 7th 2015 NOTICE: Return of Offer to Offeror NOTICE of Conditional Acceptance", "NOTICE December 9th 2015 NOTICE: Return of Offer to Offeror NOTICE of Conditional Acceptance", and "NOTICE December 9th 2015 NOTICE: Return of Offer NOTICE of Conditional Acceptance".  In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of these documents.  Documents like the ones submitted are not relevant to the criminal case against Defendants and have no legal impact in this case.  As such, the Clerk of the Court is DIRECTED to return these materials back to Brett Allen Bossingham.  To the extent Brett Allen Bossingham attempt to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to him.

IT IS SO ORDERED.

Dated:   January 8, 2016                              _____
                                                           SENIOR  DISTRICT  JUDGE