# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>v.<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>Defendants | **CASE NO. 1:10-CR-0150 AWI**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED AND FILE COPY AS AN EXHIBIT** |

Defendant Brett Allen Bossingham has sent to the court two copies of documents entitled:

PRIVATE NOTICE NOT FOR FILING

NOTICE June 1st 2016

NOTICE of incorporation of BRETT ALLEN BOSSINGHAM into BIRTH CERTIFICATE ESTATE of Grantee, Exhibit 'O"

NOTICE of Grantee's Acceptance of the liability of any and all lines that have been attached to the estate of BRETT ALLEN BOSSINGHAM, both of the Bona Fide and Simulate Nature

NOTICE of APPOINTMENT / AGENT for the Trustee 'In Process' for the Set-off, Settlement and Closure of the entire accounting in case #1:10-CR-00150-AWI

NOTICE to Grantor to prepare documents for Grantee Acceptance

NOTICE of Conditional Acceptance / Return of Documents to Grantor

In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of these documents to be filed as an exhibit. Documents like the ones submitted are not relevant to the criminal case against Defendants and have no legal impact in this case. As such, the Clerk of the Court is DIRECTED to return these materials back to Brett Allen Bossingham. To the extent Brett Allen Bossingham attempt to re-file these documents in the

1  future, the Clerk of the Court is DIRECTED to RETURN them to him.

3  IT IS SO ORDERED.

4  Dated:  June 6, 2016    _____
                                          SENIOR DISTRICT JUDGE