| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:10-CR-0150 AWI** |
| Plaintiff | **ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED AND FILE COPY AS AN EXHIBIT** |
| v. | |
| **BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,** | |
| Defendants | |

Defendant Brett Allen Bossingham has sent to the court two copies of documents entitled:

NOTICE October 13th 2016

NOTICE of Invitation to Offeror to join Offeree in Protecting the Integrity of the Court

NOTICE of Conditional Acceptance of Offer from Offeror

NOTICE of Return of Documents to Offeror

NOTICE of Information to Assist Offeror

In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of these documents to be filed as an exhibit. Documents like the ones submitted are not relevant to the criminal case against Defendants and have no legal impact in this case. As such, the Clerk of the Court is DIRECTED to return these materials back to Brett Allen Bossingham. To the extent Brett Allen Bossingham attempts to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to him.

//

//

1
2  IT IS SO ORDERED.
3  Dated:   October 20, 2016
                                                    _____
4                                                   SENIOR DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28