# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     **Plaintiff**<br><br>     **v.**<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>     **Defendants** | **CASE NO. 1:10-CR-0150 AWI**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED AND FILE COPY AS AN EXHIBIT** |

Defendant Brett Allen Bossingham has sent to the court two copies of documents entitled:

NOTICE Nov 29th 2016
NOTICE of Invitation to Offeror to join Offeree in Protecting the Integrity of the Court
NOTICE of Conditional Acceptance of Offer from Offeror
NOTICE of Return of Document to Offeror

In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of these documents to be filed as an exhibit. Documents like the ones submitted are not relevant to the criminal case against Defendants and have no legal impact in this case. As such, the Clerk of the Court is DIRECTED to return these materials back to Brett Allen Bossingham. To the extent Brett Allen Bossingham attempts to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to him.

IT IS SO ORDERED.

Dated:   December 9, 2016                                    _____
                                                                                  SENIOR DISTRICT JUDGE